# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL F. MITCHELL, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | NO. 17-3797 |
| | : | |
| SUPERINTENDENT KEVIN KAUFFMAN, | : | |
| Respondents. | : | |

## **ORDER**

This 30th day of October, 2017, upon independent consideration of the Petition for Writ of Habeas Corpus, and after review of the Report and Recommendation ("R&R") of United States Magistrate Judge Henry S. Perkin dated September 25, 2017, and Petitioner's objections, **IT IS HEREBY ORDERED** that:

1. the R&R is **APPROVED** and **ADOPTED**;

2. the Petition for Writ of Habeas Corpus is **DENIED** without prejudice and **DISMISSED** without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

BY THE COURT:


/s/ Gerald Austin McHugh
United States District Court Judge